UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                     :

ALEXANDRA CELESTE ERAZO,                              :

                              Plaintiff,    :    24-CV-3856 (AS) (SDA)

                               -v-    :    <u>ORDER</u>

                               :
COMMISSIONER OF SOCIAL SECURITY,                     :
                               :
                        Defendant.    :
                               :
--------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

       On July 24, 2024, this Court ordered the parties to discuss whether they are willing to consent to magistrate judge jurisdiction and file a joint letter outlining the outcome of that conversation on the docket by August 1, 2024. The parties failed to do so. On August 2, 2024, the Court extended the deadline for filing that letter by August 7, 2024. The parties again failed to do so.

       **By August 12, 2024, at 5:00 PM, Defendant Commissioner of Social Security should file a letter on the docket indicating why the parties have failed to comply with this Court's orders.**

       SO ORDERED.

Dated: August 8, 2024
      New York, New York                  _____
                                    ARUN SUBRAMANIAN
                               United States District Judge