

Keith E. Blackman

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6427
keith.blackman@akerman.com

March 25, 2025

**VIA ECF**

Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/26/2025
```

      Re:    *Alexandra Celeste Erazo v. Commissioner of Social Security,*
             Case No. 1:24-cv-03856-SDA

Dear Judge Aaron:

      This firm represents Plaintiff Alexandra Celeste Erazo ("Ms. Erazo" or "Plaintiff") in the above-referenced matter.  We write to respectfully request a seven (7) day extension to Ms. Erazo's deadline to file a declaration or affidavit supporting her claims of diligence and good cause (*see* ECF No. 26), from March 31, 2024, to and including April 7, 2025.  This is Plaintiff's first request to extend Ms. Erazo's deadline to file said declaration or affidavit.

      In light of conflicting deadlines, the requested extension would permit counsel to adequately assist Ms. Erazo with the preparation and drafting of her anticipated submission, including to the extent necessary communicating with Ms. Erazo's current and former medical providers, as well as other third-parties.

      We have conferred with counsel for the Commissioner, and the Commission does not object to Plaintiff's request for an extension.

      Thank you for your consideration.

                                        Respectfully submitted,

                                        */s/ Keith E. Blackman*
                                        Keith E. Blackman

cc:   Heather Sertial (via ECF)
      Samuel P. Vitello (via ECF)

Plaintiff's request is GRANTED. Plaintiff shall file a declaration or affidavit no later than April 7, 2025. The Commissioner may file any response no later than April 18, 2025.

SO ORDERED.
Dated: March 26, 2025

*[Signature: Stewart D. Aaron]*